IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **MARY REGALADO-NUNEZ,** | ] |
| **Plaintiff,** | ] |
| vs. | ] Case No: 3:21−cv-00680 |
| **CADENCE SENIOR LIVING,** | ] |
| **Defendant.** | ] |

## JOINT CASE RESOLUTION STATUS REPORT

Come now the Parties, by and through counsel, and pursuant to the Initial Case Management Order (Doc. No. 18), file this Joint Case Resolution Status Report. The parties have exchanged several settlement offers and had recent discussions to determine whether any attempts of alternative dispute resolution would be beneficial at this time. At this point, the parties have exchanged Initial Disclosures and will complete an additional document exchange before the end of the month. The parties believe that additional document discovery and depositions will be needed before there can be a potential resolution. The parties do not request a referral of the case for ADR at this time. The parties plan to continue settlement negotiations, continue discovery, and may explore the possibility of using a private mediator. The parties will continue to follow the deadlines within the Initial Case Management Order.

Respectfully submitted,

**THE EMPLOYMENT & CONSUMER LAW GROUP**

<u>/s/ LAUREN IRWIN</u>
**BRANDON HALL, BPR No. 034027**
**LAUREN IRWIN, BPR No. 038433**
1720 West End Ave., Suite 402

Nashville, TN 37203
(615) 850-0632
*Attorneys for Plaintiff*


**WIMBERLY LAWSON WRIGHT DAVES & JONES**

<u>s/ **FRED BISSINGER (with permission)**</u>
**FRED J. BISSINGER, BPR No. 19671**
**ROSALIA FIORELLO, BPR No. 34590**
Wimberly Lawson Wright Daves & Jones
214 Second Avenue North, Suite 3
Nashville, Tennessee 37201
(615) 727-1000
fbissinger@wimberlylawson.com
rfiorello@wimberlylawson.com

**HOWARD B. JACKSON, TN BPR No. 021316**
Wimberly Lawson Wright Daves & Jones
5850 Main Street, Suite 900
Knoxville, TN 37902
(865) 546-1000
HJackson@wimberlylawson.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served electronically via the Courts CM/ECF system this 17th day of February, 2022 to the following:

Rosalia Fiorello, BPR No. 34590
Wimberly Lawson Wright Daves & Jones
214 Second Avenue North, Suite 3
Nashville, Tennessee 37201
(615) 727-1000
fbissinger@wimberlylawson.com
rfiorello@wimberlylawson.com

Howard B. Jackson, TN BPR No. 021316
Wimberly Lawson Wright Daves & Jones
5850 Main Street, Suite 900
Knoxville, TN 37902
(865) 546-1000
HJackson@wimberlylawson.com

                                                  **/s/ Lauren Irwin**
                                                  **LAUREN IRWIN**